### 54158. FELTS v. THE STATE.

SHULMAN, Judge.

Appellant brings this appeal from an order denying appeal bond. That order recites that a hearing was held and indicates by its language that the standards of *Birge v. State,* 238 Ga. 88 (230 SE2d 895), were applied in this case. On review of the record and appellant's brief, we hold that the denial of appeal bond was neither unreasonable, an abuse of discretion, nor erroneous as a matter of law.

*Judgment affirmed. Quillian, P. J., and Banke, J., concur.*

SUBMITTED JULY 11, 1977 — DECIDED SEPTEMBER 28, 1977 —

Norman P. Felts, *pro se.*

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.